IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00076-RPM

DANIEL CHARLES ANDERSON,

      Plaintiff,

v.

RAE TIMME, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Defendants.

_____

## ORDER FOR STATUS CONFERENCE
_____

Upon review of the filed pleadings in this civil action initiated by a *pro se*

application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and to establish a

procedure for adjudicating the merits, it is

ORDERED that a conference will be convened to determine a time for the filing

of an amended application by counsel and the respondent's answer as well as what

portions of the state court record should be filed, the time and date for conference to be

determined by communication with counsel.

DATED:   July 28th, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge