IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00076-RPM

DANIEL CHARLES ANDERSON,

    Applicant,

v.

WARDEN RAE TIMME, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the Application for a Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254, it is

**ORDERED** that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court the complete record of Applicant's state court proceedings in ***People v. Daniel Charles Anderson***, Jefferson County District Court Case No. 00CR0933, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

**FURTHER ORDERED** that the Clerk of the Court is directed to send copies of this order to the following:

(1) Clerk of the Court
    Jefferson County District Court
    100 Jefferson County Parkway
    Golden, Colorado 80419

(2) Assistant Solicitor General
    Appellate Division
    Office of the Attorney General
    1525 Sherman Street
    Denver, Colorado 80203; and

(3) Court Services Manager
    State Court Administrator's Office
    101 W. Colfax, Ste. 500
    Denver, Colorado 80202.

DATED August 4, 2011, at Denver, Colorado.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge
United States District Court