IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00076-RPM

DANIEL CHARLES ANDERSON,

    Applicant,

v.

WARDEN RAE TIMME, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR STATUS REPORT

After the status conference held on August 3, 2011, with Elvin L. Gentry appearing for the applicant and Assistant Attorney General Katherine J. Gillespie appearing for respondents, an Order for State Court Record was entered on August 4, 2011, directing that the complete record of applicant's state court proceedings in *People v. Daniel Charles Anderson*, excluding any physical evidence not relevant to the asserted claim, would be filed with the Clerk of this court within 30 days. There has been no response to that order. It is now

ORDERED that the respondents shall, on or before October 17, 2011, file a status report with respect to the failure to comply with this Court's order.

DATED: October 6, 2011

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge