IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00076-RPM

DANIEL CHARLES ANDERSON,

      Applicant,

v.

WARDEN RAE TIMME, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

## ORDER EXTENDING TIME TO FILE RESPONSE TO AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS

      After review of respondents' Motion for Extension of Time to File Response to Amended Application for Writ of Habeas Corpus, filed February 16, 2012 [36], it is

      ORDERED that the motion is granted and respondents' response to the Amended Application for Writ of Habeas Corpus is due on or before April 2, 2012.

      DATED: February 16, 2012

      BY THE COURT:

      s/Richard P. Matsch

      Richard P. Matsch, Senior Judge