IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00076-RPM

DANIEL CHARLES ANDERSON,

    Applicant,

v.

WARDEN RAE TIMME, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR THE RETURN OF THE STATE COURT RECORD

    After receipt of plaintiff's June 3, 2013 letter, and judgment having been entered in this case on August 27, 2012, and no appeal having been filed, it is now determined that the State Court Record, in People v. Daniel Charles Anderson, Jefferson County District Court Case No. 00CR0933, is no longer necessary to be maintained by the Clerk of this Court. Accordingly it is

    ORDERED that the Clerk of the Court is directed to return all documents in the state court file and transcripts of all proceedings conducted in the state court in People v. Daniel Charles Anderson, Jefferson County District Court Case No. 00CR0933 to Jefferson County District Court, Jefferson County Colorado.

    DATED: June 7, 2013

                                                    BY THE COURT:

                                                    s/ Richard P. Matsch
                                                    Richard P. Matsch, Senior District Judge